Opinion issued January 12, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00002-CV

———————————

IN RE Charles W. Bishop, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relator, Charles W. Bishop, asks this Court to compel the trial court to rule
and act on a number of motions and other filings.[1]  

          We deny the petition for writ of mandamus.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Higley and Brown.

 











[1]
          The underlying case is Charles W. Bishop v. Bruce Robinson, Flor De
Maria Robinson, F.N.U. Robinson, and David Bolton, No. 2011-39834 in the
234th District Court of Harris County, Texas, the Honorable Reece Rondon
presiding.